UNITED STATES of America, Plaintiff—Appellee,

v.

Gerald David MANCINI, Defendant— Appellant.

No. 01–16354.

D.C. Nos. CV–00–06205–REC CR–95–05205–REC.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM**

Gerald Mancini appeals pro se the district court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence for narcotics violations. Mancini contends that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders his sentence unconstitutional. We recently held that the rule announced in *Apprendi* does not apply retroactively to cases on initial col-

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

lateral review. *United States v. Sanchez–Cervantes,* 282 F.3d 664 (9th Cir.2002). The district court's order is therefore

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Jorss' request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.